

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00384-CR

Clay Arron **ROBERTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2824W
Honorable George H. Godwin, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 2, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_____
Keith E. Hottle, Clerk